IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:07-cr-00090-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. B&H MAINTENANCE & CONSTRUCTION, INC.,
2. JON PAUL SMITH a/k/a J.P. SMITH, and
3. **LANDON R. MARTIN**,

    Defendants.

_____

**LANDON MARTIN'S MOTION FOR LEAVE TO JOIN MOTION FILED BY CO-DEFENDANT SMITH FOR DISCLOSURE OF GRAND JURY COLLOQUY AND TESTIMONY PURSUANT TO RULE 6(e)(3)(E)(i) AND RULE 6(e)(3)(e)(ii) BASED UPON THE STATE OF THE DISCOVERY [DOCKET #84]**
_____

Defendant Landon Martin, by and through undersigned counsel, Patrick J. Burke, hereby respectfully requests leave to join in the *Motion by Defendant Smith for Disclosure of Grand Jury Colloquy and Testimony Pursuant to Rule 6(e)(3)(E)(i) and Rule 6(e)(3)(E)(ii) Based Upon the State of the Discovery* [Docket #84], filed October 1, 2007.

Dated: October 2, 2007.

1

Respectfully submitted,

*s/ Patrick J. Burke*
Patrick J. Burke, P.C.
303 16th Street, Suite 200
Denver, Colorado 80202
(303) 825-3050
(303) 825-2992 facsimile
Patrick-J-Burke@msn.com
*Counsel for Landon Martin*

## Certificate of Service

I hereby certify that on October 2, 2007, a true and correct copy of the foregoing **LANDON MARTIN'S MOTION FOR LEAVE TO JOIN MOTION FILED BY CO-DEFENDANT SMITH FOR DISCLOSURE OF GRAND JURY COLLOQUY AND TESTIMONY PURSUANT TO RULE 6(e)(3)(E)(i) AND RULE 6(e)(3)(e)(ii) BASED UPON THE STATE OF THE DISCOVERY [DOCKET #84]** was electronically filed with the Clerk of Court using the CM/ECF system which will serve via electronic mail the following:

Carla Stern, Esq. carla.stern@usdoj.gov
Diane Lotko-Baker, Esq. diane.lotko-baker@usdoj.gov
Mark D. Davis, Esq. mark.davis3@usdoj.gov
Attorneys, Antitrust Division
U.S. Department of Justice
Midwest Field Office
209 S. LaSalle Street, Suite 600
Chicago, IL 60604
Telephone: (312) 353-7530
*Attorneys for the United States of America*

Pamela Robillard Mackey, Esq. pmackey@hmflaw.com
Harold A. Haddon, Esq. hhaddon@hmflaw.com
Gail Johnson, Esq. gjohnson@hmflaw.com
Haddon, Morgan, Mueller, Jordan, Mackey & Foreman, P.C.
150 East 10th Avenue
Denver, CO 80203
Telephone: (303) 831-7364
Facsimile: (303) 832-2628
*Attorneys for B&H Maintenance and Construction*

Mark C. Johnson markjohnson297@hotmail.com
Mark C. Johnson Esq.
4450 Arapahoe Avenue, Suite 100

2

Boulder, CO 80303
Telephone: (303) 448-8836
Facsimile: (393) 415-2500
*Attorney for Jon Paul Smith*

*s/ Jennifer J. Feldman*