IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Criminal Case No. 07-cr-00090-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. LANDON R. MARTIN,

    Defendant.

---

## JUDGMENT OF ACQUITTAL

---

The Defendants, B & H Maintenance and Construction, Jon Paul Smith, and Landon R. Martin were found not guilty at the trial to jury which concluded on June 19, 2008. It is hereby

ORDERED that the Defendants B & H Construction, Jon Paul Smith, and Landon R. Martin are acquitted, discharged and bond is exonerated as to each defendant.

DATED at Denver, Colorado this 15th day of July, 2008.

        BY THE COURT:

        s/ Wiley Y. Daniel
        WILEY Y. DANIEL,
        UNITED STATES DISTRICT JUDGE